**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RESEARCH IN MOTION CORPORATION,<br><br>    Defendant. | C.A. No. 12-cv-00345-LPS<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DATA CARRIERS LLC
AND RESEARCH IN MOTION CORPORATION**

Plaintiff Data Carriers, LLC ("Data Carriers") and Defendant Research In Motion Corporation ("RIM") hereby stipulate as follows:

1.      IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendants to move, answer or otherwise respond to the First Amended Complaint (D.I. 11) is extended to July 16, 2012.

| | |
|---|---|
| */s/ Stephen B. Brauerman*<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrarueman@bayardlaw.com<br><br>OF COUNSEL:<br>Marc A. Fenster<br>Benjamin T. Wang<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474<br>mfenster@raklaw.com<br>bwang@raklaw.com<br><br>*Attorneys for Plaintiff*<br>*Data Carriers, LLC* | */s/ Richard K. Herrmann*<br>Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br><br>OF COUNSEL:<br>Linda S. DeBruin, P.C.<br>David Rokach<br>Michael D. Karson<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Tel.: (312) 862-2000<br>linda.debruin@kirkland.com<br>david.rokach@kirkland.com<br>michael.karson@kirkland.com<br><br>*Attorneys for Defendant*<br>*Research In Motion Corporation* |

**SO ORDERED** this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE