IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Data Carriers, LLC,**<br><br>  Plaintiff,<br>          v.<br><br>**Research In Motion Corporation**<br><br>  Defendant. | C.A. No. 12-345-LPS |

## [PROPOSED] ORDER

Before the Court is the parties' Agreed Motion to Dismiss With Prejudice. Having considered the motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims and counterclaims asserted in this case are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' confidential Licenses and Settlement Agreement. Each party shall bear their own fees and expenses.

IT SO ORDERED this 4th day of September, 2012.

_____
The Honorable Leonard P. Stark
United States District Judge